UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Michael Grunfeld,

                Plaintiff(s),

-v-

Commissioner of Social Security,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 25 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 450 (LTS)(JCF)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_ Settlement* (Principals to participate as required by Magistrate Judge)

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

_X_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              January 24, 2008

                                                       _____
                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge