

**U.S. Department of Justice**

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 8 2008
```

*66 Chambers Street, 3rd floor*
*New York, New York 10007*

March 17, 2008

**BY FAX**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

Re: <u>Michael Grunfeld v. Astrue</u>
08 Civ. 0450 (LTS)

Dear Judge Swain:

The Government's answer in the above-referenced Social Security case is due today, March 17, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the time to answer or move with respect to the complaint be adjourned for 60 days, until May 16, 2008. The reason for this request is to allow the Social Security Administration sufficient time to evaluate its litigation position in this matter. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: Seth I. Grossman, Esq.

*The request is granted.*

SO ORDERED.

3/17/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02