Swain, S.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

☐ ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
MICHAEL GRUNFELD,                :
                                 :
                    Plaintiff,   :
                                 :
          - v. -                 :    STIPULATION AND ORDER
                                 :         OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :    08 Civ. 0450 (LTS)
Social Security,                 :
                                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

Copies mailed/faxed to  All parties
Chambers of Judge Swain
6-12-08

RECEIVED
JUN 11 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       June 3, 2008

                       LEGAL SERVICES FOR NEW YORK
                         LSNY-BRONX
                       Attorneys for Plaintiff

By: _____
    SETH I. GROSSMAN, ESQ.
    579 Courtlandt Avenue
    Bronx, New York  10451
    Telephone No.: (718) 928-3750

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____ 6/11/08
UNITED STATES DISTRICT JUDGE