UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MICHAEL GRUNFELD,                    : 08 Civ. 0450 (LTS) (JCF)
                                     :
                Plaintiff,           :    O R D E R
                                     :
     - against -                     :
                                     :
MICHAEL J. ASTRUE, Commissioner of   :
Social Security,                     :
                                     :
                Defendant.           :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/11/08

     This case having been referred to the undersigned for a report and recommendation, and the complaint and answer having been filed, it is hereby ORDERED as follows:

     1.   Plaintiff shall file any motion for judgment on the pleadings or summary judgment no later than July 31, 2008.

     2.   Defendant shall file answering papers and any cross-motion no later than August 29, 2008.

     3.   Plaintiff shall file reply papers no later than September 15, 2008.

     4.   If all parties wish to consent to final disposition by a United States Magistrate Judge, the enclosed form should be signed and returned.

                         SO ORDERED.

                         _____
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         June 11, 2008

1

Copies mailed this date:

Seth Grossman, Esq.
Bronx Legal Services
579 Courtland Avenue
Bronx, New York 10451

Susan C. Branagan, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007